934

No. 68–5003.   In re Reynolds et al.   C. A. 3d Cir.

No. 68–5004.   Yates v. Cook, Penitentiary Super-
intendent.   C. A. 5th Cir.

No. 68–5005.   Sims v. Eyman, Penitentiary Super-
intendent.   C. A. 9th Cir.

No. 68–5006.   Wright v. Beto, Corrections Di-
rector.   Ct. Crim. App. Tex.

No. 68–5008.   Miller v. Maryland.   Ct. App. Md.

No. 68–5010.   Williams v. Louisiana.   Sup. Ct. La.

No. 68–5011.   Hubbard v. Alabama.   Sup. Ct. Ala.

No. 68–5013.   Scoleri v. Pennsylvania.   Sup. Ct.
Pa.

No. 68–5015.   Janovic v. Eyman, Warden.   C. A. 9th
Cir.

No. 68–5016.   Smith et al. v. Washington.   Sup.
Ct. Wash.

No. 68–5018.   Billingsley v. New Jersey et al.
C. A. 3d Cir.

No. 68–5019.   Morford v. Hocker, Warden.   Sup.
Ct. Nev.

No. 68–5022.   Kruchten v. Eyman, Warden.   C. A.
9th Cir.

No. 68–5023.   Smith v. Texas.   Ct. Crim. App. Tex.

No. 68–5024.   McAllister v. Louisiana.   Sup. Ct.
La.

No. 69–2.   Koonce v. Oklahoma.   Ct. Crim. App.
Okla.